# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: DR:22-M -02710(1) |
| | § |
| (1) Manuel Guadalupe Hernandez-Gonzalez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 02, 2022** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Manuel Guadalupe HERNANDEZ-Gonzalez, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Eagle Pass, Tx, Intl Bridge #2 on 07/30/2019, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title     **8**     United States Code, Section(s)    **1326(a)(1)**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The defendant, Manuel Guadalupe HERNANDEZ-Gonzalez, was arrested by Border Patrol Agents, on November 02, 2022 for being an alien illegally present in*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,    /s/ Jester, Michael C
                                                     Signature of Complainant
                                                     Jester, Michael C
                                                     Border Patrol Agent

11/07/2022                                     at   DEL RIO, Texas
File Date                                           City and State


COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE              Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -02710(1)

(1) Manuel Guadalupe Hernandez-Gonzalez

**Continuation of Statement of Facts:**

the United States. Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 07/30/2019 through Eagle Pass, Tx, Intl Bridge #2. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States. The defendant has sixteen previous Title 42 Removals."

_____  /s/ Jester, Michael C _____
Signature of Judicial Officer  Signature of Complainant